```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    OCALA DIVISION

 3              CASE NO.:   5:00-CV-298-OC-10

 4

 5   ROBERT KAYE,

 6              Plaintiff,

 7   vs.

 8   TOD RUSHING, DONALD KLEINMEYER, ROBERT
     WALLACE, RAYMOND WISE, MICHAEL BRUMFIELD,
 9   CARL HOLMER, and CHERYL LUCKEY, all in their
     individual capacity,
10
                Defendants.
11   _____/

12

13   DEPOSITION OF:    CARL HOLMER

14   TAKEN BY:         PLAINTIFF

15   DATE:             August 2, 2001

16   TIME:             2:45 p.m.

17   PLACE:            814 E. Silver Springs Blvd.
                       Suite A
18                     Ocala, Florida

19   REPORTED BY:      Nancy Mahardy, C.S.R.
                       Notary Public
20                     State of Florida

21

22

23

24                         COPY

25
```

ACCURATE REPORTING & VIDEO SERVICE
(352) 368-2545

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    OCALA DIVISION

 3              CASE NO.: 5:00-CV-298-OC-10

 4

 5   ROBERT KAYE,

 6              Plaintiff,

 7   vs.

 8   TOD RUSHING, DONALD KLEINMEYER, ROBERT
     WALLACE, RAYMOND WISE, MICHAEL BRUMFIELD,
 9   CARL HOLMER, and CHERYL LUCKEY, all in their
     individual capacity,
10
                Defendants.
11   _____/

12

13   DEPOSITION OF:    TOD RUSHING

14   TAKEN BY:         PLAINTIFF           Filed Separately

15   DATE:             August 2, 2001

16   TIME:             11:00 a.m.

17   PLACE:            814 E. Silver Springs Blvd.
                       Suite A
18                     Ocala, Florida

19   REPORTED BY:      Nancy Mahardy, C.S.R.
                       Notary Public
20                     State of Florida

21

22

23                        COPY

24

25
```